UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES,<br><br>             Plaintiff,<br><br>   v.<br><br>T. LEMON, CDCR Chief Deputy Warden, Salinas Valley State Prison,<br><br>             Defendant. | 1:22-cv-01447-HBK (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

   Before the Court is *pro se* Plaintiff Terrell Jones' civil rights complaint filed under 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  After reviewing the Complaint, the Court determines Plaintiff should have brought this action in the United States District Court in the Northern District of California.  According to the Complaint, the events giving rise to the cause of action occurred at Salinas Valley State Prison and/or the defendants reside in Monterey County, which is within the venue of the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1391(b).  Thus, in the interests of justice the Court transfers this case under 28 U.S.C. § 1406(a).

   Accordingly, it is

   **ORDERED**:

1

The Clerk of Court is directed to **transfer** this action to the United States District Court for the Northern District of California, terminate any pending motions, and close this case in this Court.

Dated:     November 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE